[No. 44052-1-II.   Division Two.   December 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERRY NIELSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01182-6, Scott A. Collier, J., entered October 9, 2012. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa, J.; Lee, J., dissenting.

[No. 44279-5-II.   Division Two.   December 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNE LEE JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-01337-2, Dennis P. Maher, J. Pro Tem., entered November 28, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 44366-0-II.   Division Two.   December 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN EVAN HUMES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00809-6, Frank E. Cuthbertson, J., entered January 4, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Sutton, JJ.